## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**CORY GIBSON**                                                                    **PETITIONER**

**v.**                                                             **CIVIL ACTION NO. 3:09-CV-119-H**

**JERRY ABRAMSON et al.**                                                        **RESPONDENT**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, **IT IS HEREBY**

**ORDERED** that this action is **DISMISSED** without prejudice.

All pending motions are **DENIED as moot**.

A certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED**.

The Court **certifies** that an appeal of this case is not taken in good faith.

Further requests for a certificate of appealability and to appeal *in forma pauperis* should

be made to Sixth Circuit Court of Appeals in accordance with Fed. R. App. P. 22 and 24,

respectively.

Date:

cc:       Petitioner, *pro se*

4412.009